1  SUE CAMPBELL
   Attorney at Law, Bar No. 98728
2  1155 North First Street, Suite 101
   San Jose, CA 95112
3  (408) 277-0648

4  Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND COMMUNICATIONS, INC., a California Corporation doing business as DIAMOND SECURITY SOLUTIONS; TARIN & HINESLEY, INC., a California Corporation dba DIAMOND SECURITY SOLUTIONS,<br><br>Defendants. | CASE NO.:  C 06-02343 JW<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:   July 10, 2006<br>Time:   10:00 A.M.<br>Place:  Courtroom 8, 4th Floor<br>        Hon. James Ware |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The defendant in this matter has not yet been served. Plaintiffs have amended the complaint to reflect that Defendants have made partial payment of the amounts sued for, and to include new delinquencies. At this time, Defendants are working with Plaintiffs in resolving this delinquency within the next ninety (90) days. The First Amended Complaint is out for service.

///

1

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

## DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust Funds.

Plaintiffs would like to continue the case for ninety (90) days to serve the First Amended Complaint on Defendants and to continue settlement of the case. Therefore, Plaintiffs request that the case be continued until October 16, 2006, for another Case Management Conference.

Respectfully submitted,

Dated: June 16, 2006,

_____
SUE CAMPBELL
Attorney for Plaintiff

## ORDER

The Case Management Conference is hereby continued to October 16, 2006, at 10:00 a.m., in Courtroom 8, 4th Floor. Plaintiff will file an updated Case Management Statement ten (10) days prior to the Case Management Conference.

Dated: June 27, 2006

_____
JUDGE OF THE U.S. DISTRICT COURT