1  SUE CAMPBELL
   Attorney at Law, Bar No. 98728
2  1155 North First Street, Suite 101
   San Jose, CA 95112
3  (408) 277-0648

4  Attorney for Plaintiffs

                        UNITED STATES DISTRICT COURT

                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND COMMUNICATIONS, INC., a California Corporation doing business as DIAMOND SECURITY SOLUTIONS; TARIN & HINESLEY, INC., a California Corporation dba DIAMOND SECURITY SOLUTIONS,<br><br>Defendants. | CASE NO.: C 06-02343 JW<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ~~PROPOSED~~ ORDER<br><br>Date:  October 16, 2006<br>Time:  10:00 A.M.<br>Place: Courtroom 8, 4th Floor<br>       Hon. James Ware |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. The defendant has been served with the First Amended Complaint. Defendants are on a payment schedule which should be completed within the next sixty (60) days. If the payment schedule is not completed within that time period, Plaintiffs will request a default.

### DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

1

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  Funds.

2      Plaintiffs would like to continue the case for sixty (60) days to continue to work with
3  Defendant in the settlement of the case. Therefore, Plaintiffs request that the case be continued
4  until December 18, 2006, for another Case Management Conference.

5

6                                     Respectfully submitted,

7

8  Dated: September 29, 2006

9                                     SUE CAMPBELL
                                   Attorney for Plaintiff

10

11                                     **ORDER**

12      The Case Management Conference is hereby continued to December 18, 2006, at
13  10:00 a.m., in Courtroom 8, 4th Floor. Plaintiff will file an updated Case Management
14  Statement ten (10) days prior to the Case Management Conference.

15

16  Dated: 10/05/2006

17                                   JUDGE OF THE U.S. DISTRICT COURT

2

EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE