1  SUE CAMPBELL
   Attorney at Law, Bar No. 98728
2  1155 North First Street, Suite 101
   San Jose, CA 95112
3  (408) 277-0648

4  Attorney for Plaintiffs

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,<br><br>                    Plaintiffs,<br><br>vs.<br><br>DIAMOND COMMUNICATIONS, INC., a California Corporation doing business as DIAMOND SECURITY SOLUTIONS; TARIN & HINESLEY, INC., a California Corporation dba DIAMOND SECURITY SOLUTIONS,<br><br>                    Defendants. | CASE NO.:  C 06-02343 JW<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br>*James Ware*<br><br>DATE:  December 18, 2006<br>TIME:   10:00 A.M.<br>PLACE: Courtroom 8, 4th Floor<br><br>JUDGE: Hon. James Ware |

Plaintiff in the above-entitled action submits this Case Management Statement and proposed order, and requests that the court adopt it as the Case Management Order in this case. Defendants were served with the First Amended Complaint and were on a payment schedule. Defendants have defaulted on the payment schedule. Consequently, on November 30, 2006, Plaintiffs e-filed a Request for Entry of Default.

### DESCRIPTION OF THE CASE

This is a claim for unpaid employee benefits to Taft-Hartley Employee Benefit Trust

1

1  Funds.

2  Plaintiffs would like to continue the case for sixty (60) days to proceed with a Request
3  for Default Judgment on defendant. Therefore, Plaintiffs request that the case be continued
4  until February 19, 2007, for another Case Management Conference.

Respectfully submitted,

Dated: December 9, 2006

SUE CAMPBELL
Attorney for Plaintiff

## ORDER

February 26, 2007

The Case Management Conference is hereby continued to ~~February 19, 2007~~, at 10:00 a.m., in Courtroom 8, 4th Floor. Plaintiff will file an update and proposed action ten (10) days prior to the Case Management Conference.

Dated: December 13, 2006

James Ware
JUDGE OF THE U.S. DISTRICT COURT

2

CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER