**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Northern CA.Northern Nevada Sound & Communications, et al., | NO. C 06-02343 JW |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Diamond Communications, Inc., et al., | |
| Defendants. | |

A case management conference was scheduled in this case for February 26, 2007. The clerk entered default against Defendants Diamond Communications, Inc. and Tarin & Hinesley, Inc. on December 6, 2006. (See Docket Item No. 13.) The Court **VACATES the case management conference** presently scheduled for February 26 pending Plaintiffs' anticipated motion for default judgment against Defendants.

Dated: February 21, 2007

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
2  Sue Campbell suecampbell@att.net
3
4  **Dated: February 21, 2007**              **Richard W. Wieking, Clerk**
5                                            **By:  /s/ JW Chambers**
6                                                **Elizabeth Garcia**
                                                  **Courtroom Deputy**